UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MITAC DIGITAL CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>WYNIT, INC. and DOES 1 through 10,<br><br>        Defendants.<br><br>WYNIT, INC.,<br><br>        Counterclaimant,<br><br>   v.<br><br>MITAC DIGITAL CORPORATION,<br><br>        Counterdefendant. | Case No.  5:13-cv-05710 HRL<br><br>**ORDER GRANTING DEFENSE COUNSEL'S REQUEST FOR TELEPHONIC APPERANCE** |

Defendant/Counterclaimant's request to have its attorney, Robert Barrer, appear by phone at the April 15, 2014 Initial Case Management Conference is granted.  Counsel shall appear via CourtCall, 866-582-6878.

**SO ORDERED**.

Dated:   April 9, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-05710-HRL Notice has been electronically mailed to:

Erik Peter Weiss     eweiss@mpbf.com, khurtado@mpbf.com

Jason Christopher Halpin     jhalpin@hblaw.com

Paul E. Rice     price@civlit.com, becky@beckyepstein.com, paralegal@civlit.com

Robert A. Barrer     rbarrer@hblaw.com