AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Northern** District of **California**

FILED
MAY 13 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MiTAC DIGITAL CORPORATION
                Plaintiff(s),

V.

WYNIT, INC.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:13-cv-05710

Notice is hereby given that, subject to approval by the court, **WYNIT, INC.** substitutes
(Party(s) Name)

**Jerauld E. Brydges**, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of **Robert A. Barrer and Jason C. Halpin**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Harter, Secrest & Emery, LLP
    Address: 1600 Bausch & Lomb Place, Rochester, NY 14604-2711
    Telephone: (585) 231-1239    Facsimile: (585) 232-2152
    E-Mail (Optional): jbrydges@hselaw.com

I consent to the above substitution.
Date: 5/5/14

I consent to being substituted.
Date: 5/1/2014

I consent to the above substitution.
Date: 5/6/14

WYNIT, INC., By its Chief Financial Officer Randy Sapot
(Signature of Party(s))

(Signature of Former Attorney(s))

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 5/13/14

HOWARD R. LLOYD
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]