UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MITAC DIGITAL CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>WYNIT, INC.,<br><br>            Defendant. | Case No.  5:13-cv-05710 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court having been informed that the parties have reached a settlement, all previously scheduled deadlines and appearances are vacated.

**On or before October 15, 2014**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **October 28, 2014, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **October 21, 2014**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

1  statement in response to this Order.

2  **SO ORDERED**.

3  Dated:  August 25, 2014

4  _____
   HOWARD R. LLOYD
5  UNITED STATES MAGISTRATE JUDGE

2

5:13-cv-05710-HRL Notice has been electronically mailed to:

Erik Peter Weiss     eweiss@mpbf.com, khurtado@mpbf.com

Jerauld Earl Brydges     jbrydges@hselaw.com, kberry@hselaw.com

Paul E. Rice     price@civlit.com, becky@beckyepstein.com, paralegal@civlit.com

3